Terry L.S. DORSEY, Plaintiff–
Appellant,

v.

J. Phillip MORGAN, Warden;
J. Daddysman, Sergeant,
Defendants–Appellees.

No. 12–8041.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2013.

Decided: May 1, 2013.

Terry Dorsey, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Dorsey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dorsey v. Morgan,* No. 1:12–cv–00285–GLR, 2012 WL 5828826 (D.Md. Nov. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*